No. 2:25-cv-00014-D

# THE UNITED STATES EASTERN DISTRICT COURT

**FILED**
FEB 18 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Adam l Perry----------------------------------------Plaintiff

Versus

William Clinton and Hillary Clinton, Fred Thiel and Peter Thiel------Defendants

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The plaintiff request stay to file the attached preliminary injunction and complaint and to proceed informa pauperis.

[ X] Plaintiff has not previously been granted leave to proceed in forma pauperis in any other court.

[ ] Plaintiff has been previously granted leave to proceed in forma pauperis in the following court:

N/A.

Plaintiff affidavit or declaration in support of this motion is attached hereto.

_____
Adam l Perry

AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I___Adam L Perry____, am the plaintiff in the above entitled case. In support of my motion to to proceed in forma pauperis, I state that because of my poverty I am unable to pay the costs of this case or to give security therefore; and I believe I am entitled to file this complaint.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past twelve months. Adjust any amount that was received weekly, bi weekly, quarterly, semi annually or annually to show the monthly rate. Use gross amounts that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 470 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions annuities, insurance). | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security or insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify)_____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly Income | $ 470 | $ 0 | $ 0 | $ 0 |

before taxes or other deductions).

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Adam construction | 600 swamp road | 01/22/2025 | $ 470 |
| | | | $ |
| | | | $ |

3. List your spouses employment history for the past two years most recent first (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| not applicable | none | none | $ 0 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0
Below state any money you and /or your spouse have in bank accounts or any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount you spouse has |
|---|---|---|---|
| none | none | $ 0 | $ not applicable |
| | | $ | $ |
| | | $ | $ |

5. List the assets and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

[] Home
   Value_____none_____

[] Other real estate
   Value_____none_____

[] Motor vehicle #1
   year, make & model _____none_____
   Value_____

[] Motor vehicle #2
   year, make & model _____none_____
   Value_____

[] Other assets
   Description_____none_____
   Value_____

6. State every person, business or organization owing your or your spouse money and the amount owed to you or your spouse

| Person owing you or your spouse | Amount owed to you | Amount owed to you spouse |
|---|---|---|
| __none__ | $_____0_____ | $_____0_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| __montrell malone__ | _____son_____ | _____18_____ |
| __macey Malone__ | _____daughter_____ | _____16_____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts the amounts paid by your spouse. Adjust any payments that made weekly, bi weekly, quarterly or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented mobile home0 | $_____100_____ | $_____0_____ |
| Are real estate tax included?  [] yes  [x] no | | |
| Is property insurance included? [] yes  [x] no | | |
| Utilities,(electricity,heating fuel, water,sewer and telephone) | $_____120_____ | $_____0_____ |
| Home maintenance (repairs and upkeep) | $_____0_____ | $_____0_____ |
| Food | $_____120_____ | $_____0_____ |
| Clothing | $_____0_____ | $_____0_____ |
| Laundry and dry cleaning | $_____0_____ | $_____0_____ |
| Medical and dental expenses | $_____0_____ | $_____0_____ |
| Transportation(not including motor | $_____50_____ | $_____0_____ |

| | | |
|---|---|---|
| Transportation(not including motor vehicle payments) | $ 50 | $ 0 |
| Recreation,entertainment,newspapers, magazines,etc. | $ 0 | $ 0 |
| Insurance (not deducted from the wages or included in mortgage payments) Home owners or renters. | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) specify._____ | $ 0 | $ 0 |
| Installment payments; | | |
| Motor vehicle | $ 0 | $ 0 |
| Credit cards | $ 0 | $ 0 |
| Department stores | $ 0 | $ 0 |
| other _____ | $ 0 | $ 0 |
| Alimony,maintenance,and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business profession,or farm(attach detail statement) | $ 0 | $ 0 |
| Other specify_____ | $ 0 | $ 0 |
| Total Monthly expense | $ 390 | $ 0 |

9. Do you expect any major changes to your monthly income or expense or in your assets or liabilities during the next 12 months?  [] Yes  [x] No

if yes attach a described separate sheet.

10. Have you paid----or will you be paying ---an attorney any money for services in connection with this case including the completion of this form?  [] Yes  [x] No

if yes how much?_____

if yes explain attorneys name, address and telephone numerics.

11. Have you paid----or will you be paying ---anyone other than an attorney (such as paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[] Yes  [x] No

12. Explain any other information that will help why you cannot pay the cost of this case.

I only have 80$ left after I pay my monthly expsenses....i am unable afford the cost of fees.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 10th ,2025

Adam L Perry