THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF NORTH CAROLINA

**FILED**
FEB 18 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Adam l Perry )
    Plaintiff )  CASE# 2:25-CV-00014-D
)
Versus ) DISCLOSURE OF CORPORATE
) AFFILIATIONS AND OTHER
william and Hillary clinton ) ENTITIES WITH A DIRECT
Fred thiel and peter thiel ) FINANCIAL INTEREST
(
    Defendant )

Pursuant Fed civ p. rule 7.1

Adam l perry owner of Rationz Records and A.D.Terroble Entirety publishing and administrations company . Adam l perry who is plaintiff

Makes the following disclosure:

1) Is party a publicly held corporation or publicly held entity ?
   [ ] yes   or   [x] no

2) Does party have a parent company ?
   [ ] yes   or   [x] no

3) Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity ?
   [ ] yes   or   [x] no

4) Is there any other publicly held corporation or publicly held entity that has a direct financial interest in the outcome of this litigation ?
   [ ] yes   or   [x] no

5) Is party a trade association ?
   [ ] yes   or   [x] no

6) If case arises out of a bankruptcy proceeding, identify any trustees, members or creditors committee
   [ ] applicable or [x] none and N/A

This is the 10th day of February 2025

_____
Adam L perry