IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:25-CV-14-D-BM

| ADAM L. PERRY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WILLIAM CLINTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 18, 2025, plaintiff, appearing pro se, filed a motion to proceed in forma pauperis [D.E. 2]. Pursuant to 28 U.S.C. § 636(b)(1), this matter is referred to Magistrate Judge Meyers for a memorandum and recommendation on the plaintiff's motion to proceed in forma pauperis [D.E. 2] and for a frivolity review.

SO ORDERED. This the 24 day of February, 2025.

JAMES C. DEVER III
United States District Judge